Phelix Henry FRAZIER, Appellant,

v.

Sam POSTON, Appellee.

No. 00–2053.

United States Court of Appeals, Eighth Circuit.

Submitted April 23, 2001.

Decided April 26, 2001.

---

**564**

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Phelix Henry Frazier appeals the district court's dismissal without prejudice of Frazier's legal malpractice suit against his former criminal defense attorney. Having reviewed the record, we agree with the district court that Frazier's lawsuit is premature and we affirm for the reasons stated in the court's opinion. *See* 8th Cir. R. 47B.

A true copy.